**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JENNIFER MAREK, ISABELLE DWIGHT, DARREN WILLIAMS, JENNIFER GANNON, EVVIE EYZAGUIRRE, BRANDI FIKE, LANCE WALDRON, JESSICA TEMPEST, and VIVIAN NOGUERAS, as individuals, on behalf of themselves, the general public and those similarly situated,

      Plaintiffs,

      v.

MOLSON COORS BEVERAGE COMPANY USA LLC,

      Defendant.

Case No. 3:21-cv-07174-WHO

**DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF THE NOTICE PLAN**

I, Steven Weisbrot, Esq., declare under penalty of perjury as follows:

1.      I am the President and Chief Executive Officer at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.      My credentials were provided to this Court, as outlined in my previously filed Declaration ("Notice Plan Declaration") (Dkt. No. 58-1).

3.      The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by Angeion pursuant to the *Class Action Settlement Agreement* and this Court's *Order Preliminarily Approving Class Action Settlement [As Modified]* ("Preliminary Approval Order") (Dkt. No. 66).

**NOTICE PURSUANT TO THE CLASS ACTION FAIRNESS ACT OF 2005**

4.      On January 23, 2023, pursuant to 28 U.S.C. § 1715, Angeion caused notice of the Settlement and other required documents to be sent to the Attorneys General of all states and territories and the Attorney General of the United States ("CAFA Notice"). The CAFA Notice mailings included copies of the documents listed in the CAFA Notice. Attached hereto as **Exhibit A** is a true and correct copy of the CAFA Notice. No state officials have provided any comments to the Claims Administrator or Parties.

**MEDIA NOTICE**

5.      On April 5, 2023, Angeion implemented the four-week internet banner notice and social media notice portions of the Notice Plan. The internet banner ad notice utilized a desktop and mobile ad campaign to notify and drive Class Members to the dedicated Settlement Website where they could find information about the Settlement and submit a claim form. Likewise, the social media campaign utilized the Facebook and Instagram platforms to notify and drive Class Members to the Settlement Website. True and correct copies of the internet banner notices and social media notices are attached hereto as **Exhibits B and C, respectively**.

6.      On April 5, 2023, Angeion implemented a paid search campaign via Google to help drive Class Members who were actively searching for information about the Settlement to the

dedicated Settlement Website.

7.     In total, the media notice efforts described above served a total of 5,890,319 impressions.

## PRINT PUBLICATION

8.     On April 7, 2023, Angeion caused notice of the Settlement to be published in *People* magazine. A true and correct copy of the tear-sheet from that publication is attached hereto as **Exhibit D**.

9.     To satisfy the requirements of the California Consumer Legal Remedies Act ("CLRA"), beginning on March 30, 2023, Angeion caused notice of the Settlement to be published in the California regional edition of *USA Today*. Notice of the Settlement was published for four (4) consecutive weeks. True and correct copies of the tear-sheets from those publications are attached hereto as **Exhibit E**.

## PRESS RELEASE

10.     On April 6, 2023, Angeion caused a press release to be distributed over GlobeNewswire to further diffuse news of the Settlement. A true and accurate copy of the press release is attached hereto as **Exhibit F**.

## CLAIMS STIMULATION PROGRAM

11.     In addition to the above-described notice efforts, Angeion implemented a customized and strategic Claims Stimulation program consisting of sponsored listings on two leading class action settlement websites, postings by a social media influencer, and active listening on Facebook, Instagram, and Twitter. The Claims Stimulation program used simplified messaging specifically designed to drive Settlement Class Members to the Settlement Website and ultimately submit a claim.

12.     On April 6, 2023, Angeion caused notice of the Settlement to be promoted on TopClassActions.com. A true and accurate copy of that listing is attached hereto as **Exhibit G**.

13.     On April 7, 2023, Angeion caused notice of the Settlement to be promoted on ClassAction.org. A true and accurate copy of that listing is attached hereto as **Exhibit H.**

14.     On April 4, 2023 Angeion caused a video to be distributed by Law by Mike, a social media influencer, on Facebook, Instagram, YouTube, and TikTok to further diffuse news of the Settlement. In total as of June 16, 2023, this video has had a total of 1,981,792 views across these platforms.

15.     On April 4, 2023, Angeion initiated the "active listening" component to complement promoted placements on Facebook, Instagram, and Twitter, wherein online traffic was monitored on these social media platforms for discussion of the Settlement, and notice and/or answers to frequently asked questions were provided, as appropriate.

**SETTLEMENT WEBSITE & TOLL-FREE TELEPHONE SUPPORT**

16.     On March 30, 2023, Angeion established the following website devoted to this Settlement: www.VizzySettlement.com ("Settlement Website"). The Settlement Website contains general information about the Settlement, including answers to frequently asked questions, important dates and deadlines pertinent to this matter, and copies of important documents. Visitors to the Settlement Website can download (1) a Long Form Notice, (2) a Claim Form, (3) an Opt-Out Form, (4) the Plaintiffs' Notice of Motion and Motion for Approval of Class Action Settlement (5) the Order Granting Preliminary Approval [As Modified], and (6) the Class Action Settlement Agreement. The Settlement Website allowed Settlement Class Members to file a claim directly on the website or download and print the Claim Form to be completed and mailed via the USPS. The Settlement Website also allowed Settlement Class Members to file an opt-out form directly on the website or download and print the Opt-Out Form to be completed and mailed via the USPS. This Settlement Website was designed to be user-friendly and made it easy for Settlement Class Members to find information about the case. The Settlement Website also has a "Contact Us" page whereby Class Members can submit questions regarding the Settlement to a dedicated email address: info@VizzySettlement.com. The Settlement Website address was set forth in the Published Notice, Long Form Notice and Claim Form.

17.     As of June 19, 2023, the Settlement Website has had 4,023,974 page views and 2,525,367 sessions, which represents the number of individual sessions initiated by all users.

18.     On or about March 30, 2023, Angeion established the following toll-free line dedicated to this case: 844-509-3005. The toll-free line utilizes an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions, the ability to request a Claim Form, and includes information about filing a claim and important dates and deadlines. The toll-free line is accessible 24 hours a day, 7 days a week. Class Members are also able to request a Claim Form that could be submitted through the mail.

19.     As of June 19, 2023, the toll-free hotline has received 33 calls for a total of 171 minutes.

## REACH & FREQUENCY

20.     As described in my Notice Plan Declaration, the comprehensive media campaign was designed to deliver an approximate 80.21% reach with an average frequency of 3.28 times each. The Notice Plan results **exceeded expectations** by delivering an approximate 82.14% reach with an average frequency of 3.62 times each. In practice, this means that 82.14% of our Target Audience saw an advertisement concerning the Settlement an average of 3.62 times each.

21.     It should be noted that the 82.14% reach does not include the CLRA publications, the Claim Stimulation efforts, the dedicated Settlement Website, or the toll-free hotline, which are difficult to measure in terms of reach percentage but will nonetheless provide awareness and further diffuse news of the Settlement to Class Members.

22.     The Federal Judicial Center states that a publication notice plan that reaches 70% of class members is one that reaches a "high percentage" and is within the "norm." Barbara J. Rothstein & Thomas E. Willging, Federal Judicial Center, "Managing Class Action Litigation: A Pocket Guide for Judges," at 27 (3d Ed. 2010).

## CLAIM FORM SUBMISSIONS

23.     The deadline for Class Members to submit a Claim Form was June 6, 2023.  As of June 19, 2023, Angeion has received a total of 2,511,705 Claim Form submissions. After a preliminary standard fraud analysis, as of June 27, 2023 Angeion has identified 587,529 potentially valid claims. These claim form submissions are still subject to final audits, including the full

1  assessment of each claim's validity and a review for duplicate submissions. Angeion will continue

2  to keep the parties apprised of the number of Claim Form submissions received.

3       24.    Prior to the Final Approval Hearing, Angeion will provide a supplemental declaration

4  to report an update on the valid claim count, and include the estimated award amounts. Additionally,

5  Angeion will provide the Court with administration costs incurred and estimated administration costs

6  to administer the Settlement through conclusion.

7                              **REQUESTS FOR EXCLUSION**

8       25.    The deadline for Class Members to request exclusion from the Settlement was June

9  6, 2023. As June 19, 2023, Angeion has received a total of 118 requests for exclusion. A list of the

10  names of the individuals who submitted a request for exclusion is attached hereto as **Exhibit I**.

11  Angeion will continue to keep the parties apprised of any additional requests for exclusion received.

12                           **OBJECTIONS TO THE SETTLEMENT**

13       26.    The deadline for Class Members to object to the Settlement was May 19, 2023. As

14  of June 19, 2023, Angeion has not been made aware of any objections to the Settlement.

15                                    **CONCLUSION**

16       27.    It remains my professional opinion that Notice Plan implemented in this Settlement

17  was the best notice practicable under the circumstances, and fully comports with due process, Fed.

18  R. Civ. P. 23, and the Northern District's Procedural Guidance for Class Action Settlements.

19

20       I hereby declare under penalty of perjury that the foregoing is true and correct.

21  Dated: June 28, 2023

22                                                    _____
                                                         STEVEN WEISBROT
23

24

25

26

27

28

# EXHIBIT A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

January 23, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:     Notice of Class Action Settlement**
          *Marek v. Molson Coors Beverage Company et al*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Marek v. Molson Coors Beverage Company et al*
> **Index Number:** 3:21-cv-07174
> **Jurisdiction:** United States District Court, Northern District of California
> **Date Settlement Filed with Court:** January 13, 2023

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** *Class Action Complaint* filed with the Court on September 16, 2021; *First Amended Class Action Complaint* filed with the Court on October 8, 2021; *Proposed Second Amended Class Action Complaint* filed with the Court on January 13, 2023.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:**   Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement on January 13, 2023, and requested that Motion be heard on February 22, at 2:00 p.m Pacific. The final approval hearing is scheduled to be held on May 24, 2023, at 2:00 p.m. Pacific.  The most up-to-date information for both hearings may be found by visiting the "CM/ECF" online docket for the above-captioned case at https://ecf.cand.uscourts.gov/cgi-bin/login.pl.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The *Claim Form, Long Form Notice,* and *Published Notice* filed with the Court on January 13, 2023.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Class Action Settlement Agreement* filed with the Court on January 13, 2023. *Plaintiffs' Notice of Motion and Motion for Approval of Class Action Settlement; Memorandum of Points and Authorities in Support Thereof* filed with the Court on January 13,

2023; *Errata re Motion for Approval of Settlement of Class Action attaching Declaration of Seth A. Safier with Exhibit 1* are also included on the enclosed CD-ROM.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the *Class Action Settlement Agreement*, no other settlements or other agreements have been contemporaneously made between the Parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice. A copy of the *[Proposed] Order Granting Final Approval of Class Action Settlement* is included on the enclosed CD-ROM.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**  Given that the Products, Vizzy brand hard seltzer beverages, that are the subject matter of the Litigation are sold throughout the United States, Class Members may be domiciled anywhere in the United States. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Member submission of a claim form.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the Settlement at this time. The *[Plaintiffs' Unopposed Proposed] Order Granting Preliminary Approval of Class Action Settlement; Granting Leave to File Second Amended Complaint; Provisionally Certifying the Settlement Class; and Directing Dissemination of Class Notice* is included on the enclosed CD-ROM.

If you have questions or concerns about this notice, the proposed Settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

# EXHIBIT B

If you purchased Vizzy Hard Seltzer products, a class action Settlement may affect you.

CLICK HERE for more information



If you purchased **Vizzy Hard Seltzer** products, a class action Settlement may affect you.

**CLICK HERE** for more information 

If you purchased **Vizzy Hard Seltzer products,**

CLICK HERE for more information





If you purchased Vizzy Hard Seltzer products, a class action may affect you.

CLICK HERE for more information



If y̶o̶u̶ ̶p̶r̶e̶v̶i̶o̶u̶s̶l̶y̶ ̶u̶s̶e̶d̶ ̶S̶t̶r̶i̶k̶e̶ ̶p̶r̶o̶d̶u̶c̶t̶, a class action Settlement may affect you.

**CLICK HERE** for more information



If you purchased **Vizzy Hard Seltzer products**, a class action Settlement may affect you.

**CLICK HERE** for more information



# EXHIBIT C

**Angeion Group**
Sponsored

A settlement has been reached for Vizzy brand hard seltzer beverages. These products' labeling allegedly misled consumers about the beverage's health properties.



VIZZYSETTLEMENT.COM

**Vizzy Hard Seltzer Class Action Settlement**                    Learn more

You may be entitled to relief

# EXHIBIT D



Case 3:21-cv-07174-WHO   Document 72-1   Filed 06/28/23   Page 21 of 44

*The Air* Stars Talk About
Friendship and Fatherhood

**People**

**Rumer Willis:
My Pregnancy Joy**
*HOW THE FAMILY IS
PREPARING FOR THEIR
FIRST GRANDCHILD!*

April 17, 2023

**People**
*Exclusive*

*Happy
90th
Birthday,*

# Carol!

## The Legend on Love, Loss & Laughter

Funny and fabulous, Carol Burnett
reflects on her extraordinary
life: 'When you're down, there's
always going to be an up'



John Owen Lowe and poppa Rob.

## NETFLIX | **Unstable**

The Lowes, father and son, team up
**COMEDY** Ellis Dragon (Rob Lowe), a biotech
genius, is unraveling after the death of his
wife. "I feel like he's a week away from living
in a park debating fusion with squirrels," says
his panicked CFO Anna (*Fleabag*'s Sian Clif-
ford). Her solution: broker a reunion between
Ellis and his resentful son Jackson (Lowe's
actual son John Owen Lowe). The setup has
an edgy potential—if Jeff Goldblum had an
adult son to play opposite him, they could
have twittered and hummed together—but
*Unstable* turns out to be an affable, unde-
manding workplace comedy, flaked with
whimsy. No brain cells were harmed in the
production of this series. *(Streaming now)*

## ***Beef*'s Young Mazino**

When the Maryland native, now 31, decided
to drop out of college to pursue acting, "my
dad stopped eating while we were having
dinner." He moved to New York City and
worked as a business analyst for a beauty
company (if you're curious, he has what he
calls a "simple" skin-care routine), then found
parts on *Blue Bloods* and *Prodigal Son*. Now
he stars with Steven Yeun and Ali Wong
on Netflix's comedy-drama about a
road-rage incident—and he's
earned a thumbs-up from his
dad. "He gave me a call—he
can be very stoic—but he was
like, 'You did good.'"
—**DANA ROSE FALCONE**

one *to*
watch



With Andrew Santino (left) and Yeun.

CLOCKWISE FROM TOP: JOHN P. FLEENOR/NETFLIX; NETFLIX; ALVIN KEAN WONG/NETFLIX

---

**If you purchased Vizzy Hard Seltzer products, a class action Settlement may affect you.**

A proposed class action Settlement has been reached in cases alleging Vizzy brand hard seltzer beverages (the "Products") were unlawfully and misleadingly labeled as "with antioxidant vitamin C from acerola superfruit." Molson Coors Beverage Company USA LLC ("Defendant") contends that the label claims are expressly true and denies that it did anything wrong. Notwithstanding, the parties have agreed to settle the cases on a nationwide basis, and Defendant has agreed to change its labeling and provide Cash Payments to Settlement Class Members. The cases are *Marek, et al. v. Molson Coors Beverage Company USA LLC*, United States District Court for the Northern District of California, Case No. 21-cv-07174-WHO; *Williams v. Molson Coors Beverage Company USA LLC*, United States District Court for the Northern District of Illinois, Case No. 21-cv-50207; *Eyzaguirre v. Molson Coors Beverage Company USA LLC*, United States District Court for the Southern District of Florida, Case No. 22-cv-60889.

**Does The Class Include Me?**
You are a Settlement Class Member if you purchased any Vizzy brand hard seltzer beverage in the United States between January 1, 2020, and March 10, 2023, except for the purpose of resale.

**What are the Settlement Benefits?**
To settle the case, Defendant will create a settlement fund of $9,500,000.00. This fund will be used to pay Valid Claims as well as attorneys' fees and expenses, incentive awards, and class administration and other costs. If you make a Valid Claim in the settlement, you will receive a Cash Payment for each unit of any Product that you purchased, subject to the maximums and minimums set forth below. A "24-pack Unit" means a single quantity of a 24-pack of the Product; a "12-pack Unit" means a single quantity of a 12-pack of the Product; and a "Single Can Unit" means a single quantity of either a 24-ounce can or 16-ounce can of the Product.

If you make a Valid Claim, you are entitled to a Cash Payment up to as follows: five dollars ($5) per 24-pack Unit of the Product purchased; three dollars ($3.00) per 12-pack Unit of the Product purchased; and seventy-five cents ($0.75) per Single Can Unit of the Product purchased. Each Valid Claim shall receive a Minimum Cash Payment of $6.00, though the Cash Payment may be less depending upon, among other things, the number of Valid Claims received, the amount of Attorneys' Fees and Expenses paid to the Plaintiffs' lawyers, the amount of Incentive Awards paid to the Plaintiffs, and the costs of providing notice and administering the Settlement. If you do not have proof of purchase, you may obtain a maximum Cash Payment of up to fifteen dollars ($15.00) per Household. "Proof of Purchase" means a receipt or other documentation from a third-party commercial source (such as a store) that reasonably establishes the fact and date of purchase of the Product during the relevant period in the United States.

The Settlement also requires Defendant to permanently remove the claim "with antioxidant vitamin C from acerola superfruit" from all Product Labeling and marketing materials.

If there is money left over in the Settlement Fund after payment of all Valid Claims, Attorneys' Fees and Expenses, Class Representative Incentive Awards, and Administration Costs, the money will be donated to a nonprofit organization.

**How Do I Make A Claim?**
**To file a claim**, visit vizzysettlement.com/submit-claim and fill out the form. You can also obtain a claim form by contacting the Claim Administrator.  **You must submit a claim by June 6, 2023.**

**What are my rights?**
You may make a Claim, Object, Opt-Out, or do nothing.  **To receive a Cash Payment, you must submit a Claim** online or by mail, by June 6, 2023. If you **Opt-Out of the Settlement**, you may pursue a separate lawsuit, but you will receive no Cash Payment. Your Opt-Out request must be submitted online or mailed to and received by the Claim Administrator by June 6, 2023. If you do not Opt-Out, you give up your right to bring a separate lawsuit. **To object**, you must submit a written Objection that complies with the requirements in the Long Form Notice available at www.vizzysettlement.com. Your Objection must be filed with the Court by May 19, 2023. **Do nothing**, and you will not receive a Cash Payment and you will release claims against Defendants that relate to the allegations in the lawsuits.

**What will happen next?**
The Court will hold a hearing on July 12, 2023 at 2:00 p.m. to consider whether to finally approve the Settlement. The Plaintiffs' Attorneys will ask the Court to award them no more than $2,500,000 in fees and approximately $75,000 in out of pocket expenses and up to $35,000 total in Incentive Awards to the nine individuals who pursued the lawsuit, out of the Settlement Fund.   Note that the hearing date may change without further notice to you. Consult the Settlement Website at www.vizzysettlement.com or for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

**How can I get more information?**
For more information, please visit www.vizzysettlement.com or contact the Claim Administrator at Vizzy Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or by telephone at (844) 509-3005. Please do not telephone the Court or the Court's Clerk's Office to inquire about this Settlement.

# EXHIBIT E

# Scientists make one mammoth meatball

## Cultured meat uses DNA from extinct mammal

**Camille Fine**
USA TODAY

A cell-based meat company resurrected the extinct woolly mammoth – in the form of a lab-grown meatball.

The woolly mammoth was chosen by Vow because the extinct mammal is a symbol of loss and climate change, a video released by the company explains.

The product was unveiled Tuesday at Nemo, a science museum in the Netherlands. The "iconic" meatball was chosen because of its popularity worldwide "for centuries," Vow said.

"It is an accessible dish, simple to make and affordable," their website says. "Exactly what we hope to achieve for cultured meat products in the future."

George Peppou, co-founder and CEO of Vow, wrote in a 2021 article that the food tech startup believes animals domesticated by our ancestors "aren't the best possible meat we can produce with new technologies."

According to the Guardian, Vow has used DNA from 50 animal species so far,


An Australian-based experimental food company announced its latest product: a meatball made of woolly mammoth protein. COURTESY OF AICO LIND / STUDIO AICO

including a variety of fish, alpaca, buffalo, crocodile, kangaroo and peacocks, with energy from renewable sources.

Another goal, Vow co-founder Tim Noakesmith said, is to transition billions of meat eaters away from traditional animal proteins to eating "cultured" cell-grown meat that's flavorful

and nutritious.

Scientists used a key protein that gives red meat its taste, mammoth myoglobin, along with the DNA of the woolly mammoth's closest living relative, an African elephant, to fill in missing sequences and create the mammoth muscle protein, according to researchers at

Vow and the Australian Institute for Bioengineering at the University of Queensland.

In collaboration with the creative agency Wunderman Thompson, Vow took the elephant and mammoth DNA sequences and placed them in stem cells from a sheep to replicate the cells used to grow "the world's first meat made out of the extinct woolly mammoth."

More than 20 billion cells were used to create each meatball.

The mammoth meatball is not ready for consumption, and no one has tasted it – yet, according to the company's website.

"Since we are dealing with an extinct protein, it will take some time before we can guarantee that Mammoth meat is safe and healthy," the website says.

Cultured meat products can be purchased and consumed only in Singapore, the first country to approve cultured meat for commercial sale in 2020.

Worldwide, legislation bans cultured meat products from being sold in supermarkets or restaurants, according to Vow.

This year, diners in Singapore will have the opportunity to try the first cultivated meat sold in restaurants: a Japanese quail.

# Endangered twin Amur leopards are born at the San Diego Zoo

**Natalie Neysa Alund**
USA TODAY

The San Diego Zoo on Tuesday announced the birth of twin Amur leopard cubs, the world's most endangered species of big cat.

According to a Facebook post, the twins' mother, Satka, gave birth to the cubs – the third set of Amur leopard twins to be born at the zoo.

"Satka is fur-miliar with her motherly duties," the post reads. "When she's not in the den grooming and nursing the cubs, she is keeping a watchful eye as they begin to explore the habitat outside."

The zoo did not say whether the cubs have been named.

Their births increase the cat's slim estimated population. Amur leopards are thought to be nearly as small big cat, with only about 120 left in the wild in Russia and China, according to the World Wildlife Fund.

The animals have thick, luscious, black-ringed coats and a huge furry tails they can wrap around themselves to keep warm.

The Amur leopard is nocturnal and lives and hunts alone, mainly in the forests of Russia and China.

In winter, the hairs of that unique coat can grow as long as 3 inches.



The San Diego Zoo on Tuesday announced the birth of twin Amur leopard cubs, the world's most endangered species of big cat. The mother, Satka, gave birth to the cubs—the third set of Amur leopard twins born at the zoo.
PROVIDED BY SAN DIEGO ZOO

LEGAL NOTICE

**If you purchased Vizzy Hard Seltzer products, a class action Settlement may affect you.**

A proposed class action Settlement has been reached in cases alleging Vizzy brand hard seltzer beverages (the "Products") were unlawfully and misleadingly labeled as "with antioxidant vitamin C from acerola superfruit." Molson Coors Beverage Company USA LLC ("Defendant") contends that the label claims are expressly true and denies that it did anything wrong. Notwithstanding, the parties have agreed to settle the cases on a nationwide basis, and Defendant has agreed to change its labeling and provide Cash Payments to Settlement Class Members. The cases are Marek, et al. v. Molson Coors Beverage Company USA LLC, United States District Court for the Northern District of California, Case No. 21-cv-07174-WHO; Williams v. Molson Coors Beverage Company USA LLC, United States District Court for the Northern District of Illinois, Case No. 21-cv-50207; Eyzaguirre v. Molson Coors Beverage Company USA LLC, United States District Court for the Southern District of California, Case No. 22-cv-60889.

**Does The Class Include Me?**
You are a Settlement Class Member if you purchased any Vizzy brand hard seltzer beverage in the United States between January 1, 2020, and March 10, 2023, except for the purpose of resale.

**What are the Settlement Benefits?**
To settle the case, Defendant will create a settlement fund of $9,500,000.00. This fund will be used to pay Valid Claims as well as attorneys' fees and expenses, incentive awards, and class administration and other costs. If you make a Valid Claim in the settlement, you will receive a Cash Payment for each unit of any Product that you purchased, subject to the maximums and minimums set forth below. A "24-pack Unit" means a single quantity of a 24-pack of the Product; a "12-pack Unit" means a single quantity of a 12-pack of the Product; and a "Single Can Unit" means a single quantity of either a 24-ounce can or 16-ounce can of the Product.

If you make a Valid Claim, you are entitled to a Cash Payment up to as follows: five dollars ($5) per 24-pack Unit of the Product purchased; three dollars ($3.00) per 12-pack Unit of the Product purchased; and seventy-five cents ($0.75) per Single Can Unit of the Product purchased. Each Valid Claim shall receive a Minimum Cash Payment of $6.00, though the Cash Payment may be less depending upon, among other things, the number of Valid Claims received, the amount of Attorneys' Fees and Expenses paid to the Plaintiffs' lawyers, the amount of Incentive Awards paid to the Plaintiffs, and the costs of providing notice and administering the Settlement. If you do not have proof of purchase, you may obtain a maximum Cash Payment of up to fifteen dollars ($15.00) per Household. "Proof of Purchase" means a purchased receipt or other documentation from a third-party commercial source (such as a store) that reasonably establishes the fact and date of purchase of the Product during the relevant period in the United States.

The Settlement also requires Defendant to permanently remove the claim "with antioxidant vitamin C from acerola superfruit" from all Product Labeling and marketing materials.

If there is money left over in the Settlement Fund after payment of all Valid Claims, Attorneys' Fees and Expenses, Class Representative Incentive Awards, and Administration Costs, the money will be donated to a nonprofit organization.

**How Do I Make A Claim?**
**To file a claim,** visit vizzysettlement.com/submit-claim and fill out the form. You can also obtain a claim form by contacting the Claim Administrator. **You must submit a claim by June 6, 2023.**

**What are my rights?**
You may make a Claim, Object, Opt-Out, or do nothing. **To receive a Cash Payment, you must submit a Claim** online or by mail, by June 6, 2023. If you **Opt-Out of the Settlement,** you may pursue a separate lawsuit, but you will receive no Cash Payment. Your Opt-Out request must be submitted online or mailed to and received by the Claim Administrator by June 6, 2023. If you do not Opt-Out, you give up your right to bring a separate lawsuit. **To object,** you must submit a written Objection that complies with the requirements in the Long Form Notice available at www.vizzysettlement.com. Your Objection must be filed with the Court by May 19, 2023. **Do nothing,** and you will not receive a Cash Payment and you will release claims against Defendants that relate to the allegations in the lawsuits.

**What will happen next?**
The Court will hold a hearing on July 12, 2023 at 2:00 p.m. to consider whether to finally approve the Settlement. The Plaintiffs' Attorneys will ask the Court to award them no more than $2,500,000 in fees and approximately $75,000 in out of pocket expenses and up to $35,000 total in Incentive Awards to the nine individuals who pursued the lawsuit, out of the Settlement Fund. Note that the hearing date may change without further notice to you. Consult the Settlement Website at www.vizzysettlement.com or for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

**How can I get more information?**
For more information, please visit www.vizzysettlement.com or contact the Claim Administrator at Vizzy Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or by telephone at (844) 509-3005. Please do not telephone the Court or the Court's Clerk's Office to inquire about this Settlement.



**ONE-DAY CONCRETE FLOOR COATINGS**
From The Best In The Business

NINJA COATINGS
TSR

RESIDENTIAL    INDUSTRIAL
COMMERCIAL

LIMITED TIME
**60/60/60 Sale!**
$60 Gift Card With Purchase
+
60% OFF Installation
OR
60 Months No Interest Financing

PLUS! MENTION THIS AD FOR A Bonus Of Up To 10 Free Concrete Stitches W/Purchase
*Offer cannot be combined with additional offers and must be presented at point of sale. Expires 3/31/2023.

✓ Premium Floor Coatings, Installed In 1 Day!
✓ Lifetime Warranty
✓ Durable Low Maintenance Product
✓ More Durable Than Epoxy
✓ Experienced Installers
✓ 12 Hours - To Walk ON,
24 Hours - To Move Heavy Items and Only
48 Hours - To Drive On!

"Professional group of guys who show pride in their workmanship. The concrete looks wonderful and the dedication they have shows in the final products' outcome."
—Tristan K.
★★★★★

Call today **888-442-9052**

Service Areas: Arizona, Alabama, Colorado, Connecticut, Florida, Georgia, Illinois, Indiana, Iowa, Kentucky, Louisiana, Massachusetts, Mississippi, New Hampshire, New York, Pennsylvania, Rhode Island, Wisconsin

TSR Concrete Coatings does not complete jobs in the state of California.

**NEWS**

B2 | USA TODAY | WEDNESDAY APRIL 5, 2023 | 5A

# POLITICS

# What's next legally, politically

Ken Tran | USA TODAY

Donald Trump was arraigned in Manhattan on Tuesday as the first former president to ever be criminally charged. Trump pleaded not guilty to 34 felony charges, and his arraignment sets in motion a long series of legal proceedings that could eventually result in a criminal trial. Here's what comes next for Trump, both legally and politically.

**What's next for Trump in court?**

Trump's legal team is likely to file various pretrial motions that includes dismissing the case outright or a change of venue.

Legal analysts and experts told USA TODAY that Trump has plenty of avenues to slow-walk the case, something he hasn't shied away from in his other court battles.

David Super, a law professor at Georgetown University Law Center, said the arraignment will set a schedule for the future proceedings, setting deadlines for any motions the prosecutions or defense wishes to file – this is how Trump's legal team will fight the case.

"The most likely motion would be a motion to dismiss the case since obviously, President Trump has been very vocal that he believes this is unfounded," Super said.

After the arraignment, prosecutors will have a 35-day deadline to provide Trump's legal team with relevant evidence to the case. This will open another legal avenue for Trump, Super said. Trump's legal team will be able to file more motions to suppress any pieces of evidence.

And while all those legal challenges play out, Trump will be able to conduct business as usual as he gears for the 2024 Republican primary.

*Contributing: Kevin Johnson and David Jackson*



Forgiato Blow waits along the motorcade route in Florida for former President Donald Trump to return home. GREG LOVETT/USA TODAY NETWORK

**What's next for Trump in the GOP 2024 White House race**

Politically, Trump's campaign is hoping the criminal charges increase GOP turnout in Trump's favor. Jason Miller, senior adviser to the campaign, said Monday on Twitter that the campaign has raised more than $ million since Trump's indictment became public.

Trump will speak Tuesday night at his Mar-a-Lago residence in Palm Beach, Florida at 8:15 p.m. EDT, where he is expected to publicly defend himself against the crimes the Manhattan District Attorney's office is accusing him of.

**Trump's support rises after indictment**

For now at least, the criminal charges appear to be helping Trump's favorability among GOP voters.

● A Yahoo News/YouGov poll released Saturday shows Trump leading his top rival, Florida Gov. Ron DeSantis, by 26%, compared to the last survey that had Trump leading by 8%.

● The poll has a margin of error of plus or minus 3.3%.

● But while his indictment might boost his chances of securing the GOP nomination, it could backfire and have the opposite effect in a general election.

● A CNN poll released Monday found that most Americans support Trump's indictment, at 60%. Notably, a majority of independents support the indictment, at 62%.

● The poll has a margin of error of plus or minus 4%.

**Indictment opens a point of attack for Trump's Republican rivals**

Trump's indictment could be a point of attack for some of his rivals in the 2024 Republican primary, that is, if they want to even try. So far, most current or expected candidates have flocked to Trump's defense.

DeSantis called the indictment a "weaponization of the legal system," and former South Carolina Gov. Nikki Haley decried the indictment as an act of "revenge."

Only former Arkansas Gov. Asa Hutchinson, who just announced his candidacy on Sunday, went on the offense against Trump for his indictment, saying his legal troubles "are too much of a sideshow and distraction." Hutchinson called on Trump to withdraw from the race out of respect for the office of the presidency.

---



The point is stories you can get through before they're yesterday's news

**USA TODAY** | To the point

---

LEGAL NOTICE

**If you purchased Vizzy Hard Seltzer products, a class action Settlement may affect you.**

A proposed class action Settlement has been reached in cases alleging Vizzy brand hard seltzer beverages (the "Products") were unlawfully and misleadingly labeled as "with antioxidant vitamin C from acerola superfruit." Molson Coors Beverage Company USA LLC ("Defendant") contends that the label claims are expressly true and denies that it did anything wrong. Notwithstanding, the parties have agreed to settle the cases on a nationwide basis, and Defendant has agreed to change its labeling and provide Cash Payments to Settlement Class Members. The cases are Marek, et al. v. Molson Coors Beverage Company USA LLC, United States District Court for the Northern District of California, Case No. 21-cv-07174-WHO; Williams v. Molson Coors Beverage Company USA LLC, United States District Court for the Northern District of Illinois, Case No. 21-cv-50207; Eyzaguirre v. Molson Coors Beverage Company USA LLC, United States District Court for the Southern District of Florida, Case No. 22-cv-60889.

**Does The Class Include Me?**

You are a Settlement Class Member if you purchased any Vizzy brand hard seltzer beverage in the United States between January 1, 2020, and March 10, 2023, except for the purpose of resale.

**What are the Settlement Benefits?**

To settle the case, Defendant will create a settlement fund of $9,500,000.00. This fund will be used to pay Valid Claims as well as attorneys' fees and expenses, incentive awards, and class administration and other costs. If you make a Valid Claim in the settlement, you will receive a Cash Payment for each unit of any Product that you purchased, subject to the maximums and minimums set forth below. A "24-pack Unit" means a single quantity of a 24-pack of the Product; a "12-pack Unit" means a single quantity of a 12-pack of the Product; and a "Single Can Unit" means a single quantity of either a 24-ounce can or 16-ounce can of the Product.

If you make a Valid Claim, you are entitled to a Cash Payment up to as follows: five dollars ($5) per 24-pack Unit of the Product purchased; three dollars ($3.00) per 12-pack Unit of the Product purchased; and seventy-five cents ($0.75) per Single Can Unit of the Product purchased. Each Valid Claim shall receive a Minimum Cash Payment of $6.00, though the Cash Payment may be less depending upon, among other things, the number of Valid Claims received, the amount of Attorneys' Fees and Expenses paid to the Plaintiffs' lawyers, the amount of Incentive Awards paid to the Plaintiffs, and the costs of providing notice and administering the Settlement. If you do not have proof of purchase, you may obtain a maximum Cash Payment of up to fifteen dollars ($15.00) per Household. "Proof of Purchase" means a receipt or other documentation from a third-party commercial source (such as a store) that reasonably establishes the fact and date of purchase of the Product during the relevant period in the United States.

The Settlement also requires Defendant to permanently remove the claim "with antioxidant vitamin C from acerola superfruit" from all Product Labeling and marketing materials.

If there is money left over in the Settlement Fund after payment of all Valid Claims, Attorneys' Fees and Expenses, Class Representative Incentive Awards, and Administration Costs, the money will be donated to a nonprofit organization.

**How Do I Make A Claim?**

To file a claim, visit vizzysettlement.com/submit-claim and fill out the form. You can also obtain a claim form by contacting the Claim Administrator. **You must submit a claim by June 6, 2023.**

**What are my rights?**

You may make a Claim, Object, Opt-Out, or do nothing. **To receive a Cash Payment, you must submit a Claim** online or by mail, by June 6, 2023. If you **Opt-Out of the Settlement,** you may pursue a separate lawsuit, but you will receive no Cash Payment. Your Opt-Out request must be submitted online or mailed to and received by the Claim Administrator by June 6, 2023. **To object,** you must submit a written Objection that complies with the requirements in the Long Form Notice available at www.vizzysettlement.com. Your Objection must be filed with the Court by May 19, 2023. **Do nothing,** and you will not receive a Cash Payment and you will release claims against Defendants that relate to the allegations in the lawsuits.

**What will happen next?**

The Court will hold a hearing on July 12, 2023 at 2:00 p.m. to consider whether to finally approve the Settlement. The Plaintiffs' Attorneys will ask the Court to award them no more than $2,500,000 in fees and approximately $75,000 in out of pocket expenses and up to $35,000 total in Incentive Awards to the nine individuals who pursued the lawsuit, out of the Settlement Fund. Note that the hearing date may change without further notice to you. Consult the Settlement Website at www.vizzysettlement.com or for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

**How can I get more information?**

For more information, please visit www.vizzysettlement.com or contact the Claim Administrator at Vizzy Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or by telephone at (844) 509-3005. Please do not telephone the Court or the Court's Clerk's Office to inquire about this Settlement.

MONEY

# TECH

# Smart devices flourish in your backyard

## Save water, time and even your burgers with connected innovations

**Marc Saltzman**
Special to USA TODAY

Spring has arrived, and with it comes a new crop of smart home innovations.

Often for the backyard, these "connected" devices offer modern conveniences – such as gadgets that can water or cut your grass – to free up time for you to better enjoy the season with family and friends.

Or instead of barbecuing blindly with the lid closed, and embarrassingly overcooking burgers for your guests, an app-supported meat thermometer can tell you when it's time to tend to the grill.

Other solutions may help you better cope with springtime irritants like pollen, such as "smart" purifiers and Bluetooth-enabled filters that clean the air of allergens and pollutants and report its progress on your smartphone.

According to Grand View Research Inc., a San Francisco-based market research firm and consulting company, the smart home automation market will continue to flourish, estimated to balloon to a nearly $445 billion global industry by 2030, up from roughly $82 billion today.

Here are a few high-tech ways to welcome the new season:

### Automated mowers get smarter

The family of Husqvarna Automowers (from $699) can autonomously cut your grass, but for the first time in North America, the latest model doesn't require a "boundary wire" to be first installed around the perimeter of the property, or around flowerbeds, gardens, and other areas you don't want to be cut.

Instead, the new Automower 450X EPOS ($5899) is the first model relying solely on Husqvarna's Exact Positioning Operating System, which leverages precise GPS connectivity to stay on your grass and with custom stay-out zones.

(Actually, there are two new models, based on desired cutting height, both for properties up to 2.5 acres.)

Like its predecessors, it can navigate around obstacles, handle slopes, and when it detects it's running low on its battery, it navigates itself back to the base to charge up and continue the job.

These residential mowers are quiet, too, at 58 to 69 decibels, which is similar volume as a conversation, says the company, which means you can cut your grass early in the morning or late at night without disrupting your neighborhood.

Speaking of which, a recent Husqvarna survey found nearly a fifth of Americans have considered moving because of difficulty with a neighbor – with loud lawn equipment proving to be one of the most annoying grievances.

### Rideable mowers ditch gas

For suburbanites and countryfolk with larger properties, new rideable mowers from Ryobi have also gone electric as opposed to gas-based solutions, which could be noisy, smelly, costly, and causes emissions.

For instance, the Ryobi 80V HP Brushless Lithium Electric Zero Turn riding mowers (from $4,999 for the 30-inch model) take suitcase-sized Lithium Ion cells to power the mower, plus you can snap in any Ryobi 40V battery –

popular with more than 85 tools and other equipment, like leaf blowers – to extend performance.

Other features include the iDrive system that uses one-handed joystick steering for easy maneuvering on your lawn; an LCD screen to see runtime, blade and drive speed; and an app to monitor charge time status.

### Do Smart sprinklers save money?

The Moen Smart Sprinkler Controller (from $179), paired with its Smart Wireless Soil Sensors (from $69), is designed to cut down on water usage and includes features such as independent zone control and scheduling, automatic weather skip – if it's raining, it won't water the grass at that moment, for instance – and can accommodate for local watering restrictions, all via the Moen Smart Water App.

Homeowners can save up to 30% more water, up to 15,000 gallons annually, compared to clock-based controllers, according to the Environmental Protection Agency.

Wireless sensors monitor soil moisture and temperature at 1-, 3- and 5-inch depths, and will automatically adjust watering routines based on a zone's specific needs.

### Allergy sufferers, take note

3M's Filtrete Smart Air Purifier (from $285) continuously monitors and improves air quality in your home, with its laser-based sensor that reads particles in the air, like dust, pollen, pet dander, smoke, bacteria, and viruses.

An "auto mode" adjusts fan speed based on air quality, with a display on the top that shows air quality readings in real time and other info.

As a connected air purifier, control it from anywhere using the companion app, plus there's smart speaker support, so you can use your voice with Google Assistant, Alexa, or Siri to say something like "Ask Filtrete for the air quality today."

### How does smart air filter work?

For as low as $28, there's also the Fil-

trete Smart MPR 2500 Premium Allergen & Ultrafine Filter for your existing HVAC system, to catch microscopic particles (like smoke and viruses) or larger particles (like pollen and dust) and with its integrated Bluetooth sensors, pair with your smartphone to display relevant information on the Filtrete Smart App.

### Yummly Smart Thermometer

If you don't want to spring for a "smart grill," such as an app-controlled Traeger wood-pellet solution, the $79 Yummly Smart Thermometer lets you barbeque with confidence, as this wireless probe will communicate your food's internal temperature up to 150 feet away (via Bluetooth) to a smartphone or tab-

let app.

Ideal for cooking indoors or outdoors (and portable for camping trips), this small dual-sensor works with all cuts of meat (beef, lamb, chicken, and pork), as well as fish.

The app will display alerts, such as when it's time to flip your steak based on your desired doneness. It can also be used to set timers, access a huge selection of more than 2 million recipes, and supports up to four smart thermometers.

Battery life tops 25 hours between charges.

*The views and opinions expressed in this column are the authors and do not necessarily reflect those of USA TODAY.*


This robotic lawnmower is the first in the U.S. not to require a boundary wire. PROVIDED BY HUSQVARNA AB

Homeowners can save time and cut down on water usage with the Moen Smart Sprinkler Controller (from $179) and Smart Wireless Soil Sensors (from $69) that automate the entire process. PROVIDED BY MOEN INCORPORATED

**LEGAL NOTICE**

**If you purchased Vizzy Hard Seltzer products, a class action Settlement may affect you.**

A proposed class action Settlement has been reached in cases alleging Vizzy brand hard seltzer beverages (the "Products") were unlawfully and misleadingly labeled as "with antioxidant vitamin C from acerola superfruit." Molson Coors Beverage Company USA LLC ("Defendant") contends that the label claims are expressly true and denies that it did anything wrong. Notwithstanding, the parties have agreed to settle the cases on a nationwide basis, and Defendant has agreed to change its labeling and provide Cash Payments to Settlement Class Members. The cases are *Marek, et al. v. Molson Coors Beverage Company USA LLC*, United States District Court for the Northern District of California, Case No. 21-cv-07174-WHO; *Williams v. Molson Coors Beverage Company USA LLC*, United States District Court for the Northern District of Illinois, Case No. 21-cv-50207; *Eyzaguirre v. Molson Coors Beverage Company USA LLC*, United States District Court for the Southern District of Florida, Case No. 22-cv-60889.

**Does The Class Include Me?**
You are a Settlement Class Member if you purchased any Vizzy brand hard seltzer beverage in the United States between January 1, 2020, and March 10, 2023, except for the purpose of resale.

**What are the Settlement Benefits?**
To settle the case, Defendant will create a settlement fund of $9,500,000.00. This fund will be used to pay Valid Claims as well as attorneys' fees and expenses, incentive awards, and class administration and other costs. If you make a Valid Claim in the settlement, you will receive a Cash Payment for each unit of any Product that you purchased, subject to the maximums and minimums set forth below. A "24-pack Unit" means a single quantity of a 24-pack of the Product; a "12-pack Unit" means a single quantity of a 12-pack of the Product; and a "Single Can Unit" means a single quantity of either a 24-ounce can or 16-ounce can of the Product.

If you make a Valid Claim, you are entitled to a Cash Payment up to as follows: five dollars ($5) per 24-pack Unit of the Product purchased; three dollars ($3.00) per 12-pack Unit of the Product purchased; and seventy-five cents ($0.75) per Single Can Unit of the Product purchased. Each Valid Claim shall receive a Minimum Cash Payment of $6.00, though the Cash Payment may be less depending upon, among other things, the number of Valid Claims received, the amount of Attorneys' Fees and Expenses paid to the Plaintiffs' lawyers, the amount of Incentive Awards paid to the Plaintiffs, and the costs of providing notice and administering the Settlement. If you do not have proof of purchase, you may obtain a maximum Cash Payment of up to fifteen dollars ($15.00) per Household. "Proof of Purchase" means a receipt or other documentation from a third-party commercial source (such as a store) that reasonably establishes the fact and date of purchase of the Product during the relevant period in the United States.

The Settlement also requires Defendant to permanently remove the claim "with antioxidant vitamin C from acerola superfruit" from all Product Labeling and marketing materials.

If there is money left over in the Settlement Fund after payment of all Valid Claims, Attorneys' Fees and Expenses, Class Representative Incentive Awards, and Administration Costs, the money will be donated to a nonprofit organization.

**How Do I Make A Claim?**
To file a claim, visit vizzysettlement.com/submit-claim and fill out the form. You can also obtain a claim form by contacting the Claim Administrator. **You must submit a claim by June 6, 2023.**

**What are my rights?**
You may make a Claim, Object, Opt-Out, or do nothing. **To receive a Cash Payment, you must submit a Claim** online or by mail, by June 6, 2023. If you **Opt-Out of the Settlement,** you may pursue a separate lawsuit, but you will receive no Cash Payment. Your Opt-Out request must be submitted online or mailed to and received by the Claim Administrator by June 6, 2023. If you do not Opt-Out, you give up your right to bring a separate lawsuit. **To object,** you must submit a written Objection that complies with the requirements in the Long Form Notice available at www.vizzysettlement.com. Your Objection must be filed with the Court by May 19, 2023. **Do nothing,** and you will not receive a Cash Payment and you will release claims against Defendants that relate to the allegations in the lawsuits.

**What will happen next?**
The Court will hold a hearing on July 12, 2023 at 2:00 p.m. to consider whether to finally approve the Settlement. The Plaintiffs' Attorneys will ask the Court to award them no more than $2,500,000 in fees and approximately $75,000 in out of pocket expenses and up to $35,000 total in Incentive Awards to the nine individuals who pursued the lawsuit, out of the Settlement Fund.   Note that the hearing date may change without further notice to you. Consult the Settlement Website at www.vizzysettlement.com or to a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

**How can I get more information?**
For more information, please visit www.vizzysettlement.com or contact the Claim Administrator at Vizzy Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or by telephone at (844) 509-3005. Please do not telephone the Court or the Court's Clerk's Office to inquire about this Settlement.



A Tyrannosaurus rex skeleton dating back 67 million years was to be auctioned in Switzerland on Tuesday. Towering 12.8 feet, the skeleton, dubbed Trinity, has been valued at between $6.5-8.7 million. KOLLER AUCTION HOUSE VIA AFP/GETTY IMAGES

## T. rex skeleton could sell for $8M

**Natalie Neysa Alund**
USA TODAY

Whoever buys Trinity had better have a big house.

A giant Tyrannosaurus rex skeleton up for auction – dug up from three sites in the U.S. – could make the ultimate ornament for a tycoon's abode or other eye-popping display.

In all, 293 bones belonging to the dinosaur dubbed Trinity, assembled and erected into a 38-foot-long and 12.8-foot-high masterpiece, are expected to fetch $5.6 million to $8.9 million when the extinct creature's skeleton goes under the hammer at an auction house in Zurich, Switzerland.

The 67 million-year-old T. rex skeleton was assembled from three specimens excavated from 2008 to 2013 in the Hell Creek and Lance Creek formations in Montana and Wyoming.

A fearsome-looking predator, the Tyrannosaurus rex has been an iconic dinosaur species, thanks in large part to its terrorizing role in the 1993 classic "Jurassic Park" and its sequels.

Named the "king of the tyrant lizards," the apex predator was built to rule, according to National Geographic.

One bite from the fierce carnivore could deliver up to 6 tons of pressure, and with 60 serrated teeth about 8 inches long, the T. rex could throw prey into the air and swallow it whole, according to the outlet.

A recent study found that over their entire late-Cretaceous-Era reign, the total number of tyrannosaurs that ever lived was roughly 2.5 billion.

The species roamed North America for a few million years, meaning their population density was small at any one specific moment.

In fact, at any one time, about 20,000 tyrannosaurs would have been alive on the planet.

More than half of the restored fossil is "original bone material," and Koller auction house says the skull is particularly rare and was remarkably well preserved.

"When dinosaurs died in the Jurassic or Cretaceous periods, they often lost their heads during deposition. In fact, most dinosaurs are found without their skulls," Nils Knoetschke, a scientific adviser, wrote in the online auction catalogue. "But here we have truly original Tyrannosaurus skull bones that all originate from the same specimen."

The sale, part of a wider auction of artifacts, marks only the third time such a T. rex skeleton has gone up for auction, according to Koller.

The same areas where Trinity's bones were excavated also are the source of two other dinosaurs skeletons that sold at auctions, Koller said: "Sue" sold for $8.4 million over a quarter century ago, and "Stan" fetched nearly $32 million three years ago.

*Contributing: Doyle Rice, USA TODAY; The Associated Press*

## Marine animals thriving in Great Pacific Garbage Patch

**Doyle Rice**
USA TODAY

There's life amid the garbage.

Marine animals that usually live only in coastal areas of the western Pacific Ocean have been found living and reproducing on plastic debris on the high seas – in the Great Pacific Garbage Patch, according to a study published Monday.

The study, among the first to document the creation of an artificial floating habitat for coastal marine life in the open ocean, was published in the peer-reviewed British journal Nature Ecology and Evolution.

The research was led by Linsey Haram, a scientist with the Smithsonian Environmental Research Center in Edgewater, Maryland, which said "these discoveries raise many challenging questions about the future of our oceans in the context of the global plastic pollution crisis."

Scientists collected 105 items of floating plastic debris in the garbage patch and found evidence of living coastal species on 70.5% of the debris analyzed. The debris was collected between November 2018 and January 2019.

They identified 484 separate marine organisms on the debris, of which 80% were species usually found in coastal habitats.

"It appears that coastal species persist now in the open ocean as a substantial component of a 'neopelagic' community sustained by the vast and expanding sea of plastic debris," the authors write in the study. (A "neopelagic" community is a new type of ecological community in the ocean.)

The Great Pacific Garbage Patch, a collection of floating trash, most of it plastic, halfway between Hawaii and California, covers more than 600,000 square miles, studies have shown. That's twice the size of Texas.

Though there are at least five garbage patches in the world, the Great Pacific Garbage Patch, also called the North Pacific Subtropical Gyre, holds the most plastic. This patch contains at least 79,000 metric tons of trash, in-



Plastic debris is coated with a mix of coastal barnacles and a gooseneck barnacle from the ocean.
PROVIDED BY SERC MARINE INVASIONS LAB

cluding fishing nets, bottles and tiny plastic fragments called microplastics, according to a 2018 study published in Nature.

The trash comes from around the Pacific Rim, including nations in Asia and North and South America. The patch was first discovered in the early 1990s.

The patch is not a solid mass of plastic. It consists of about 1.8 trillion pieces and weighs 88,000 tons – the equivalent of 500 jumbo jets.

Animals discovered in the patch include crustaceans, sea anemones, mollusks and worms, the authors said.

Species already known to live in the open ocean were thriving on the plastic garbage, too, lead author Haram told NPR, but "we also saw this very prominent and diverse group of coastal species that honestly we just wouldn't have expected to find."

Rather than the garbage patch being inhospitable to coastal-dwelling species, it seems that coastal critters are living long enough to reproduce, Sci.eneAlert reported.

Indeed, the study authors found evidence of sexual reproduction among both coastal and open-ocean species.

The study also found that the diversity of all organisms was highest on rope and that fishing nets harbored the highest diversity of coastal species.

LEGAL NOTICE

**If you purchased Vizzy Hard Seltzer products, a class action Settlement may affect you.**

A proposed class action Settlement has been reached in cases alleging Vizzy brand hard seltzer beverages (the "Products") were unlawfully and misleadingly labeled as "with antioxidant vitamin C from acerola superfruit." Molson Coors Beverage Company USA LLC ("Defendant") contends that the label claims are expressly true and denies that it did anything wrong. Notwithstanding, the parties have agreed to settle the cases on a nationwide basis, and Defendant has agreed to change its labeling and provide Cash Payments to Settlement Class Members. The cases are Marek, et al. v. Molson Coors Beverage Company USA LLC, United States District Court for the Northern District of California, Case No. 21-cv-07174-WHO; Williams v. Molson Coors Beverage Company USA LLC, United States District Court for the Northern District of Illinois, Case No. 21-cv-50207; Eyzaguirre v. Molson Coors Beverage Company USA LLC, United States District Court for the Southern District of Florida, Case No. 22-cv-60889.

**Does the Class Include Me?**
You are a Settlement Class Member if you purchased any Vizzy brand hard seltzer beverage in the United States between January 1, 2020, and March 10, 2023, except for the purpose of resale.

**What are the Settlement Benefits?**
To settle the case, Defendant will create a settlement fund of $9,500,000.00. This fund will be used to pay Valid Claims as well as attorneys' fees and expenses, incentive awards, and class administration and other costs. If you make a Valid Claim in the settlement, you will receive a Cash Payment for each unit of any Product that you purchased, subject to the maximums and minimums set forth below. A "24-pack Unit" means a single quantity of a 24-pack of the Product; a "12-pack Unit" means a single quantity of a 12-pack of the Product; and a "Single Can Unit" means a single quantity of either a 24-ounce can or 16-ounce can of the Product.

If you make a Valid Claim, you are entitled to a Cash Payment up to as follows: four dollars ($5) per 24-pack Unit of the Product purchased; three dollars ($3.00) per 12-pack Unit of the Product purchased; and seventy-five cents ($0.75) per Single Can Unit of the Product purchased. Each Valid Claim shall receive a Minimum Cash Payment of $6.00, though the Cash Payment may be less depending upon, among other things, the number of Valid Claims received, the amount of Attorneys' Fees and Expenses paid to the Plaintiffs' lawyers, the amount of Incentive Awards paid to the Plaintiffs, and the costs of providing notice and administering the Settlement. If you do not have proof of purchase, you may obtain a maximum Cash Payment of up to fifteen dollars ($15.00) per household. "Proof of Purchase" means a receipt or other documentation from a third-party commercial source (such as a store) that reasonably establishes the fact and date of purchase of the Product during the relevant period in the United States.

The Settlement also requires Defendant to permanently remove the claim "with antioxidant vitamin C from acerola superfruit" from all Product Labeling and marketing materials.

If there is money left over in the Settlement Fund after payment of all Valid Claims, Attorneys' Fees and Expenses, Class Representative Incentive Awards, and Administration Costs, the money will be donated to a nonprofit organization.

**How Do I Make A Claim?**
**To file a claim,** visit vizzysettlement.com/submit-claim and fill out the form. You can also obtain a claim form by contacting the Claim Administrator. **You must submit a claim by June 6, 2023.**

**What are my rights?**
You may make a Claim, Object, Opt-Out, or do nothing. **To receive a Cash Payment, you must submit a Claim** online or by mail, by June 6, 2023. If you **Opt-Out of the Settlement,** you may pursue a separate lawsuit, but you will receive no Cash Payment. Your Opt-Out request must be submitted online or mailed to and received by the Claim Administrator by June 6, 2023. If you do not Opt-Out, give up your right to bring a separate lawsuit. **To object,** you must submit a written Objection that complies with the requirements in the Long Form Notice available at www.vizzysettlement.com. Your Objection must be filed with the Court by May 19, 2023. **Do nothing,** and you will receive no Cash Payment and you will release claims against Defendants that relate to the allegations in the lawsuits.

**What will happen next?**
The Court will hold a hearing on July 12, 2023 at 2:00 p.m. to consider whether to finally approve the Settlement. The Plaintiffs' Attorneys will ask the Court to award them no more than $2,500,000 in fees and approximately $75,000 in out of pocket expenses and up to $35,000 total in Incentive Awards to the nine individuals who pursued the lawsuit, out of the Settlement Fund. Note that the hearing date may change without further notice to you. Consult the Settlement Website at www.vizzysettlement.com or for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

**How can I get more information?**
For more information, please visit www.vizzysettlement.com or contact the Claim Administrator at Vizzy Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or by telephone at (844) 509-3005. Please do not telephone the Court or the Court's Clerk's Office to inquire about this Settlement.



USA TODAY CROSSWORD

BECAUSE UNLIKE SOME PEOPLE, CROSSWORDS HAVE A CLUE

Download on the App Store
GET IT ON Google Play

# EXHIBIT F

# Settlement Administrator Angeion Group Announces Proposed Settlement In Vizzy Hard Seltzer Class Action

---

NEWS PROVIDED BY

**Angeion Group →**
06 Apr, 2023, 11:40 ET

---

**If You Purchased Vizzy Hard Seltzer products Any Time Between January 1, 2020, and March 10, 2023, A Class Action Settlement Totaling $9,500,000.00 May Affect Your Legal Rights.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

PHILADELPHIA, April 6, 2023 /PRNewswire/ -- A proposed class action Settlement has been reached in cases alleging Vizzy brand hard seltzer beverages (the "Products") were unlawfully and misleadingly labeled as "with antioxidant vitamin C from acerola superfruit." Molson Coors Beverage Company USA LLC ("Defendant") contends that the label claims are expressly true and denies that it did anything wrong. Notwithstanding, the parties have agreed to settle the cases on a nationwide basis, and Defendant has agreed to change its labeling and provide Cash Payments to Settlement Class Members. The cases are *Marek, et al. v. Molson Coors Beverage Company USA LLC*, United States District Court for the Northern District of California, Case No. 21-cv-07174-WHO; *Williams v. Molson Coors Beverage Company USA LLC*, United States District Court for the Northern District of Illinois, Case No. 21-cv-50207; *Eyzaguirre v. Molson Coors Beverage Company USA LLC*, United States District Court for the Southern District of Florida, Case No. 22-cv-60889.

**Does The Class Include Me?**

You are a Settlement Class Member if you purchased any Vizzy brand hard seltzer beverage in the United States between January 1, 2020, and March 10, 2023, except for the purpose of resale.

**What are the Settlement Benefits?**

To settle the case, Defendant will create a settlement fund of $9,500,000.00. This fund will be used to pay Valid Claims as well as attorneys' fees and expenses, incentive awards, and class administration and other costs. If you make a Valid Claim in the settlement, you will receive a Cash Payment for each unit of any Product that you purchased, subject to the maximums and minimums set forth below. A "24-pack Unit" means a single quantity of a 24-pack of the Product; a "12-pack Unit" means a single quantity of a 12-pack of the Product; and a "Single Can Unit" means a single quantity of either a 24-ounce can or 16-ounce can of the Product.

If you make a Valid Claim, you are entitled to a Cash Payment up to as follows: five dollars ($5) per 24-pack Unit of the Product purchased; three dollars ($3.00) per 12-pack Unit of the Product purchased; and seventy-five cents ($0.75) per Single Can Unit of the Product purchased. Each Valid Claim shall receive a Minimum Cash Payment of $6.00, though the Cash Payment may be less depending upon, among other things, the number of Valid Claims received, the amount of Attorneys' Fees and Expenses paid to the Plaintiffs' lawyers, the amount of Incentive Awards paid to the Plaintiffs, and the costs of providing notice and administering the Settlement. If you do not have proof of purchase, you may obtain a maximum Cash Payment of up to fifteen dollars ($15.00) per Household. "Proof of Purchase" means a receipt or other documentation from a third-party commercial source (such as a store) that reasonably establishes the fact and date of purchase of the Product during the relevant period in the United States.

The Settlement also requires Defendant to permanently remove the claim "with antioxidant vitamin C from acerola superfruit" from all Product Labeling and marketing materials.

If there is money left over in the Settlement Fund after payment of all Valid Claims, Attorneys' Fees and Expenses, Class Representative Incentive Awards, and Administration Costs, the money will be donated to a nonprofit organization.

**How Do I Make A Claim?**

To file a claim, visit vizzysettlement.com/submit-claim and fill out the form. You can also obtain a claim form by contacting the Claim Administrator. You must submit a claim by June 6, 2023.

**What are my rights?**

You may make a Claim, Object, Opt-Out, or do nothing. **To receive a Cash Payment, you must submit a Claim** online or by mail, by June 6, 2023. If you **Opt-Out of the Settlement**, you may pursue a separate lawsuit, but you will receive no Cash Payment. Your Opt-Out request must be submitted online at vizzysettlement.com/opt-out or mailed to and received by the Claim Administrator by June 6, 2023. If you do not Opt-Out, you give up your right to bring a separate lawsuit. **To object**, you must submit a written Objection that complies with the requirements in the Long Form Notice available at www.vizzysettlement.com. Your Objection must be filed with the Court by May 19, 2023. **Do nothing**, and you will not receive a Cash Payment and you will release claims against Defendants that relate to the allegations in the lawsuits.

**What will happen next?**

The Court will hold a hearing on July 12, 2023 at 2:00 p.m. to consider whether to finally approve the Settlement. The Plaintiffs' Attorneys will ask the Court to award them no more than $2,500,000 in fees and approximately $75,000 in out of pocket expenses and up to $35,000 total in Incentive Awards to the nine individuals who pursued the lawsuit, out of the Settlement Fund. Note that the hearing date may change without further notice to you. Consult the Settlement Website at www.vizzysettlement.com or for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, for updated information on the hearing date and time.

**How can I get more information?**

For more information, please visit www.vizzysettlement.com or contact the Claim Administrator at Vizzy Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103 or by telephone at (844) 509-3005. Please do not telephone the Court or the Court's

**This notice is only a summary.**

**For more information, including the full Notice and Settlement Agreement, visit**

**www.vizzysettlement.com, email** info@vizzysettlement.com**, or call 844-509-3005.**

**Media Contact:**

Angeion Group

Shiri Lasman

(215) 563-4116

SOURCE Angeion Group



# PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

# EXHIBIT G



Top Class Actions

Lawsuits & Settlements ▾    Legal News ▾    Class Actions Explained ▾    Featured ▾    For Attorneys    About Us ▾



YOUR **MOBILE** VETERINARIANS                    SCHEDULE A VISIT

# Vizzy hard seltzer false advertising $9.5M class action lawsuit settlement



Lawsuit Filed          Class Certified          Settlement Approved          Open for Claims

Top Class Actions  |  April 6, 2023

**Category:** Beverages



FOLLOW ARTICLE

Top Class Actions's website and social media posts use affiliate links. If you make a purchase using such links, we may receive a commission, but it will not result in any additional charges to you. Please review our Affiliate Link Disclosure for more information.

### GET OUR NEWSLETTER

**We tell you about cash you can claim** every week! Subscribe to our free newsletter today.

Email *

Country *
United States

State *

CAPTCHA

I'm not a robot    reCAPTCHA
Privacy - Terms

SUBSCRIBE NOW



(Photo Credit: GulyaevStudio/Shutterstock)

*EDITOR'S NOTE: This content has been sponsored and edited for clarity in collaboration with the sponsor.*

Molson Coors Beverage Co. has agreed to a $9.5 million class action lawsuit settlement to resolve claims its Vizzy hard seltzer products were misleadingly labeled as having "antioxidant vitamin C from acerola superfruit."



▶ YouTube TV

Watch cable-free live TV with no long-term contracts

TRY IT FREE



CASTLERY   Modern Sofas on Sale
Castlery

The settlement class is made up of anyone who purchased any Vizzy hard seltzer beverage in the United States between Jan. 1, 2020, and March 10, 2023, except for the purpose of resale.

Molson Coors allegedly fortified its Vizzy products with an "insignificant amount" of vitamin C, according to one of three **class action lawsuits taking issue with the product**. The company then labeled and advertised Vizzy as containing vitamin C from a "superfruit." The plaintiffs say this marketing is misleading and dangerous.

Molson Coors is a beverage company **that produces many popular alcoholic beverages**, including those from brands such as Blue Moon, Hamm's, Topo Chico, Coors and Foster's, among others.

The company has not admitted any wrongdoing but has agreed to settle the claims for $9.5 million.

Class members who file a valid and timely claim will receive a cash payment for any product they purchased:



CASTLERY   Modern Sofas on Sale
Castlery

- $5 per 24-pack unit purchased

- $3 per 12-pack unit purchased

- $0.75 per single can unit purchased

The maximum possible payment for consumers who submit a claim without proof of purchase is $15 per household.

Each claimant who files a valid claim is expected to receive a minimum payment of $6, though that amount may be adjusted down depending on the number of claims and other factors.

Any funds that remain in the settlement fund will be donated to a nonprofit organization.

In addition to the monetary relief, Molson Coors also has agreed to permanently remove the claim "with antioxidant vitamin C from acerola superfruit" from all labeling and marketing materials for Vizzy.

The deadline to opt out of the settlement is June 6, 2023. The deadline to submit a written objection is May 19, 2023.



Pampers® Swaddlers Diapers

Pampers Swaddlers diapers wick wetness away to help keep baby's skin dry and healthy.



Residents around Camp Lejeune from '50s-'80s may have tainted water exposure

APRIL 3, 2023 | OPEN LAWSUITS

READ MORE ⟶



Hair-straightening chemicals may cause cancer with regular use

MARCH 31, 2023 | OPEN LAWSUITS

READ MORE ⟶



Reach your audience in all the channels they prefer— all from one place.

Constant Contact

Learn more

Pampers Swaddlers                                                    Open >

A final fairness hearing is scheduled to take place July 12, 2023.

The deadline to file a claim form is June 6, 2023.

## Who's Eligible

Anyone who purchased any Vizzy hard seltzer beverage in the United States between Jan. 1, 2020, and March 10, 2023, except for the purpose of resale.

## Potential Award

**Varies**.

## Proof of Purchase

A receipt or other documentation from a third-party commercial source, such as a store, that reasonably establishes the fact and date of purchase of the covered product during the class period in the United States.

## Claim Form

CLICK HERE TO FILE A CLAIM »

**NOTE:** If you do not qualify for this settlement do NOT file a claim.

Remember: you are submitting your claim *under penalty of perjury*. You are also harming other eligible Class Members by submitting a fraudulent claim. If you're unsure if you qualify, please read the FAQ section of the Settlement Administrator's website to ensure you meet all standards (Top Class Actions is not a Settlement Administrator). If you don't qualify for this settlement, check out our database of other **open class action settlements** you may be eligible for.

## Claim Form Deadline

06/06/2023

## Case Name

- *Marek, et al. v. Molson Coors Beverage Co. USA LLC*, Case No. 21-cv-07174-WHO, in the U.S. District Court for the Northern District of California

- *Williams, et al. v. Molson Coors Beverage Co. USA LLC*, Case No. 21-cv-50207, in the U.S. District Court for the Northern District of Illinois

- *Eyzaguirre, et al. v. Molson Coors Beverage Co. USA LLC*, Case No. 22-cv-60889, in the U.S. District Court for the Southern District of Florida

## Final Hearing

07/12/2023

## Settlement Website

**VizzySettlement.com**

## Claims Administrator

Vizzy Settlement Administrator
1650 Arch St., Suite 2210
Philadelphia, PA 19103
844-509-3005

## Class Counsel

Hayley Reynolds
Gutride Safier LLP
100 Pine Street, Suite 1250
San Francisco, CA
415-639-9090

## Defense Counsel

Christopher Cole
Katten, Muchin & Rosenman LLP
2900 K Street, N.W., Suite 200
Washington, DC 20007
202-625-3550

# EXHIBIT H

Claim Deadline:  **Jun 6, 2023**

# Vizzy Hard Seltzer
# Class Action Settlement

**VIZZY**
HARD SELTZER

If you've purchased Vizzy hard seltzer beverages in the last few years, **you could be entitled to money** from a recent **$9.5 million settlement**.

The link below will take you to the official website for the Vizzy hard seltzer settlement.

**TAKE ME TO THE OFFICIAL SETTLEMENT SITE**

## FAQs

### What's Going On?

A settlement has been reached to resolve several proposed class action lawsuits that alleged the "with antioxidant vitamin C from acerola superfruit" statement on Vizzy brand hard seltzers **misled consumers as to the health benefits of the drinks**.

### How Much Could I Get?

You may be entitled to up to **$5.00 per 24-pack**, **$3.00 per 12-pack**, and **$0.75 per single 24-ounce or 16-ounce can**.

**Anyone who submits a valid claim will receive no less than $6.00.**

While you do not need proof of purchase, those without receipts or other documentation will have their claims capped at $15 per household.

### Who's Eligible for the Settlement?

The settlement covers those who lawfully purchased, except for resale purposes, any Vizzy hard seltzer beverage in the U.S. between January 1, 2020 and March 10, 2023.

### How Do I File a Claim?

You can file a claim over on the settlement website.

You can access the online claim form **right here**.

### Is the Website Legit?

**Yes.** It has been designated by the court as the official website for the settlement and where consumers may go if they want to submit a claim.

### Is There a Deadline for This?

**Yes. The deadline for filing a claim is June 6, 2023.**

The link below will take you to the official website for the Vizzy hard seltzer settlement.

**TAKE ME TO THE OFFICIAL SETTLEMENT SITE**

ClassAction.org

Terms of Use    Disclaimer    Privacy Notice

© 2009 - 2023 ClassAction.org

# EXHIBIT I

| | FIRST NAME | LAST NAME |
|---|---|---|
| 1 | HUSSEIN | ABDULLE |
| 2 | JAYROME | AFAM |
| 3 | ELIJAH | ALBARILLO |
| 4 | EBONI | ALEXANDER |
| 5 | MARY | ALKAS |
| 6 | COLE | AMATO |
| 7 | MARISOL | AMBRIZ |
| 8 | STEPHEN | ANDRO |
| 9 | KIM | BOLICK |
| 10 | SALMA | BOURABAH |
| 11 | GARY | BOWMAN |
| 12 | MICHAEL | BRANDT |
| 13 | AUTUMN | BREUER |
| 14 | ASHLEY | BRIEN |
| 15 | EMORY | BROOKS |
| 16 | TAVARA | BROWN |
| 17 | GREGORY | BRUNSON |
| 18 | MICHAELA | BUCKLEY |
| 19 | GLORIA | BURKE |
| 20 | ADAM | CHILTON |
| 21 | BENJAMIN | CHUA |
| 22 | BENJAMIN | CHUA |
| 23 | COURTNEY | COLLINS |
| 24 | LINDA | CONTRERAS |
| 25 | HERNAN ADRIAN | CORTES |
| 26 | CAMPBELL | COURTNEY |
| 27 | REGINALD | CRAIN |
| 28 | KATHLEEN | DEE |
| 29 | ROBERT | DEEMER |
| 30 | CHRISTINE | DIAMOND |
| 31 | HELENE | DIMITRIJEV |
| 32 | CARSON | DOBRATZ |
| 33 | JAY | DUSTHIMER |
| 34 | KAREN | E |
| 35 | COURTNEY | FARBER |
| 36 | GREGORY | FARR |
| 37 | JIM | FARRELL |
| 38 | ANGEL | FEASTER |
| 39 | MARIA | FEDIRKO |
| 40 | MERCEDES | FISHER |
| 41 | TODD | GILBERT |
| 42 | MELODY | GLENDELL |
| 43 | ERICA | GODWIN |
| 44 | NANCY | GONZALES |
| 45 | DOMALD | GRAVES |
| 46 | MELANIE | GREEKE |

| | FIRST NAME | LAST NAME |
|---|---|---|
| 47 | JOSEPH | GREEN |
| 48 | TERESA | GUTOWSKI |
| 49 | KALEYSE | HAMILTON |
| 50 | PIERCE | HASSEN |
| 51 | LAVA | HAUGEN |
| 52 | ROBERT | HEIZELMAN |
| 53 | EVAN | HINGSON |
| 54 | JESSICA | HINGSON |
| 55 | SHATIYA | HOLLOWAY |
| 56 | NAOMI | HORTA |
| 57 | JUSTIN | HUNT |
| 58 | SIMONE | HURBS |
| 59 | SHEILA | HURLEY |
| 60 | ELIZABETH | HUVER |
| 61 | EMILY | IVES |
| 62 | KELSEY | JACKSON |
| 63 | MARC | JACKSON |
| 64 | JAMES | JOHNSON |
| 65 | MORGAN | JOHNSON |
| 66 | KT | KATANYA |
| 67 | KATE | KENNEDY |
| 68 | JAMI | KNESS |
| 69 | AARON | LANDRY |
| 70 | THOMAS | LENTZ |
| 71 | ROSEMARY | LEWIS |
| 72 | LYNEAH | LUCIOUS |
| 73 | JARRED | LUSSIER |
| 74 | MOHAMMED | MAHNABI |
| 75 | TRICIA | MARCHIANO |
| 76 | PAUL | MCCULLY |
| 77 | MARLENE | MCGLOTHLIN |
| 78 | CORINA | MEJIA |
| 79 | GREGG | MILLER |
| 80 | JUNIE | MILLER |
| 81 | CIARA | MILLS |
| 82 | VICTORIA | MORRIS |
| 83 | TIMOTHY | MORROW |
| 84 | KATIE | MULDER |
| 85 | DAVID | MURAD |
| 86 | JOANNE | MURAD |
| 87 | TYLER | NERONE |
| 88 | VICKIE | OLSZAK |
| 89 | ALEXIS | OSWALD |
| 90 | JAMEELA | OWENS |
| 91 | MEHMET | OZTURK |
| 92 | AMY | PEREZ |

| | FIRST NAME | LAST NAME |
|---|---|---|
| 93 | MARIANO | PEREZ |
| 94 | JORDAN | PLOSKINA |
| 95 | TIFFANY | POWER |
| 96 | JULIE | RAMOS |
| 97 | STEPHANIE | RAWA |
| 98 | MIKE | ROSE |
| 99 | LUZ | RUIZ |
| 100 | SONJA | SANFORD |
| 101 | MARIANO | SAVIDIA |
| 102 | CHRISTIAN | SCOTT |
| 103 | YOUNG | SONG |
| 104 | MELISSA | SOTELO |
| 105 | SEAN | STCLAIR |
| 106 | SCOTT | STEGNER |
| 107 | JOS | VALDES |
| 108 | MELISSA | VEIRAM |
| 109 | ARIEL | VELASQUEZ |
| 110 | KAITLYNN | WARD |
| 111 | JANEAN | WEBER |
| 112 | SHARON | WEEMS |
| 113 | CHERISH | WEST |
| 114 | AMBER | WILLIAMS |
| 115 | ASHLYN | WOODWARD |
| 116 | JAIME | WRIGHT |
| 117 | LUKASZ | WROBLEWSKI |
| 118 | GLORIS | YULAN |