**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
HAYLEY REYNOLDS (State Bar No. 306427)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MAREK, ISABELLE DWIGHT, DARREN WILLIAMS, JENNIFER GANNON, EVVIE EYZAGUIRRE, BRANDI FIKE, LANCE WALDRON, JESSICA TEMPEST, and VIVIAN NOGUERAS, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOLSON COORS BEVERAGE COMPANY USA LLC and MOLSON COORS BEVERAGE COMPANY,<br><br>Defendants. | CASE NO. 21-cv-07174-WHO<br><br>**PLAINTIFFS' SUPPLEMENTAL STATEMENT IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT; MOTION FOR ATTORNEYS' FEES, COSTS AND REPRESENTATIVE PAYMENTS**<br><br>Hon. William H. Orrick |

--

As discussed at the July 12, 2023 hearing on Plaintiffs' Motion for Final Approval and Motion for Fees, Costs, and Incentive Awards, Plaintiffs submit this supplemental statement to address the Court's concerns regarding (i) incentive awards to the named plaintiffs and (ii) the increase in the claims administrator's estimated fees.

With regards to the incentive awards, the Court expressed concern over the $5,000 payment to Plaintiffs Jennifer Marek, Isabelle Dwight, Darren Williams, Jennifer Gannon, and Evvie Eyzaguirre given the Court's understanding that the named plaintiffs did not sit for depositions. Plaintiffs wish to clarify that two plaintiffs, Gannon and Williams, did sit for depositions. ECF 58 at 3. Marek and Dwight also responded to numerous discovery requests and were actively involved in the case. *See* ECF 58-4 at ¶ 42 (Safier Declaration in support of Motion for Approval).

The Court also expressed concern regarding representative payments to Plaintiffs that the Court believed were not parties to the litigation—i.e., "named plaintiffs": Brandi Fike, Lance Waldron, Jessica Tempest, and Vivian Nogueras. However, each is a named plaintiff, and each is a signatory to the settlement agreement. The current operative complaint, filed January 13, 2023, names these individuals as Plaintiffs. ECF 56-1, 60. Further, Plaintiffs wish to emphasize that the participation of Fike, Waldron, Tempest, and Nogueras in the case was critical to a favorable resolution. Specifically, these Plaintiffs represent geographic regions across the United States (Fike from Pennsylvania, Waldron from Colorado, Tempest from New York, and Nogueras from Florida) that made a nationwide settlement possible. *See* ECF 58-4 at ¶ 42. Had the case not settled, Plaintiffs were prepared to file suits across the country to pursue a nationwide class. *Id*. Although these plaintiffs did not participate as extensively in discovery, their willingness to participate is and was still vital to the favorable resolution for all class members. For the foregoing reasons, Class Counsel respectfully reiterate the request that this Court grant an award of $5,000 each for Plaintiffs Marek, Dwight, Williams, Gannon, and Eyzaguirre and $2,500 each for Plaintiffs Fike, Waldron, Tempest, and Nogueras.[1]

---

[1] Alternatively, Plaintiffs request that all named plaintiffs be awarded some representative payment, even if reduced.

Regarding the claims administration costs, as Class Counsel explained at the hearing, the claims rate and fraudulent claims both drove the administration costs to exceed the original estimate. Submitted simultaneously *in camera* is a further declaration from Steven Weisbrot that includes itemized costs associated with the administration of the settlement as well as the original bid that was accepted by Plaintiffs' counsel.

Should this Court need additional information, Plaintiffs are happy to provide it.

Dated: July 21, 2023              **GUTRIDE SAFIER LLP**

*/s/ Hayley Reynolds              /*
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar. No. 262670)
HAYLEY A. REYNOLDS (State Bar No. 306427)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Counsel for Plaintiffs*