UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MAREK, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MOLSON COORS BEVERAGE COMPANY, et al.,<br><br>   Defendants. | Case No. 21-cv-07174-WHO<br><br>**ORDER RE FINAL POST DISTRIBUTION ACCOUNTING**<br><br>Re: Dkt. No. 81 |

Having reviewed the Final Post Distribution Accounting, I am satisfied that counsel have complied with all provisions of the Northern District of California's Procedural Guidance for Class Action Settlements and provided the information required by my final approval order. The further Case Management Conference set for July 9, 2024, is VACATED and the remaining attorney fee payments and payments for the administrator's costs may be made. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: June 5, 2024



William H. Orrick
United States District Judge